IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**REISHA GOSLEY,**

    **Plaintiff,**                                         **CASE NO.:**

**v.**

**BCA FINANCIAL SERVICES, INC.,**

    **Defendant.**

_____/
_____

IN THE COUNTY COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

**REISHA GOSLEY,**

    **Plaintiff,**                                  **CASE NO.: 06-2017-CCO-16085-XXX-CE**

**v.**

**BCA FINANCIAL SERVICES, INC.,**

    **Defendant.**

_____/

## **DEFENDANT'S NOTICE AND PETITION FOR REMOVAL**

    **TO:**    The Honorable Judges of the United States District Court for the Southern District of Florida.

    COME NOW, Defendant and Petitioner for removal, **BCA FINANCIAL SERVICES, INC.**, ("Defendant"), and with reservation of all rights, hereby remove from the County Court in and for Broward County, Florida, the proceeding entitled and captioned: *__Reisha Gosley v.BCA Financial Services, Inc.__*, Case No.: **06-2017-CCO-16085-XXX-CE**, on the basis of federal question jurisdiction.

    The Petition is based on the following grounds:

1. Defendant/Petitioner, has been named as Defendant in a civil action brought against it in the County Court in and for Broward County, Florida, the proceeding entitled and captioned: **_Reisha Gosley v.BCA Financial Services, Inc.._**, Case No.: **06-2017-CCO-16085-XXX-CE**. A copy of the Complaint served in that action, in addition to all process and pleadings served upon Defendant/Petitioner, is attached hereto as Exhibit "A".

2. The aforesaid action was commenced by service of process consisting of the Summons and Complaint, upon Defendant, on or about October 10, 2017.

3. The controversy herein between the Plaintiff and Defendant, is a controversy based upon consumer protection right created by and enforced through federal statutes, 15 U.S.C. § 1692, *et seq.*, entitled the Fair Debt Collection Practice Act.

4. The above-described action is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331, and is one that may be removed to this Court by the Defendants/Petitioners pursuant to the provisions of 28 U.S.C. § 1441(a), in that it is a civil action based upon a federal question over which this Court has original jurisdiction.

5. This Petition for Removal is filed with this Court within thirty (30) days after service on Defendant of the Complaint in the above-styled action and is, therefore, timely pursuant to 28 U.S.C. § 1446 (b).

WHEREFORE Defendants respectfully request that the above entitled action be removed from the County Court in and for Broward County, Florida, to the United States District for the Southern District of Florida for all further proceedings.

Respectfully submitted by:

/s/ Dale T. Golden
Dale T. Golden, Esquire
FBN:  0094080
Charles J. McHale, Esquire
FBN:  0026555
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, FL  33609
Phone:  813-251-5500
Fax:  813-251-3675
Email: dgolden@gsgfirm.com
Email: cmchale@gsgfirm.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Charles J. McHale
Charles J. McHale, Esquire
FBN:  0026555