IN THE COUNTY COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA
COUNTY CIVIL DIVISION

REISHA GOSLEY,

    Plaintiff,

v.                                           Case No.:

BCA FINANCIAL SERVICES, INC.,

    Defendant.
_____/

## COMPLAINT

### INTRODUCTION

1. This is an action for damages brought by Plaintiff, REISHA GOSLEY, ("Plaintiff" hereinafter) an individual consumer against the Defendant, BCA FINANCIAL SERVICES, INC. ("Defendant" hereinafter), for violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, et seq., (hereinafter referred to as "FDCPA") which prohibits collectors of consumer debt from engaging in abusive, deceptive, and unfair debt collection practices.

2. This is a complaint for damages, which are more than $5,000.00, but which do not exceed $15,000.00 exclusive of costs, interest, and attorney's fees.

3. Venue in this county is proper as the conduct complained of occurred in Broward County, Florida and is in compliance with §559.77(1), Fla. St.

4. This Court has subject matter jurisdiction over the allegations herein pursuant to §34.01(1)(c), Fla. St.

5. This Court has personal jurisdiction over Defendant as they are a debt collector seeking to collect a debt in the State of Florida from a Florida resident, and the transaction which led to the alleged debt as described herein occurred in the State of Florida.

6. Plaintiff is an individual residing in Broward County, Florida. Plaintiff is a natural person who, as more thoroughly explained herein, allegedly owes a debt arising from medical treatment or services provided to Plaintiff.

7. Defendant is a company doing business as a collector of consumer debts in the State of Florida, and as more thoroughly explained herein, has sought to collect an alleged debt from Plaintiff arising from medical treatment or services that were provided to Plaintiff.

## FACTUAL ALLEGATIONS

8. Plaintiff suffered an industrial accident arising out of and in the course and scope of Plaintiff's employment with Publix in the State of Florida on July 26, 2016.

9. Plaintiff is entitled to receive workers' compensation benefits pursuant to Chapter 440, Fla. St., including but not limited to medical care and treatment. See §440.13, Fla. St.

10. The identified workers' compensation insurance carrier covering Plaintiff's work-related accident is Publix Risk Management (hereinafter referred to as "Carrier"). The adjuster assigned to Plaintiff's claim by Carrier is Jennifer Cosentino, and the claim number assigned to Plaintiff's claim by Carrier is WC2016461240.

11. Plaintiff received emergency medical treatment or services from Broward Health North on July 26, 2016 while at Broward Health North, for compensable work-related injuries caused by Plaintiff's July 26, 2016 date of accident.

12. Plaintiff has received multiple statements from Defendant, sent by mail to Plaintiff's home address in Broward County, Florida, demanding that Plaintiff pay an alleged debt which was for the medical treatment or services received by Plaintiff as previously referenced. A copy of one such statement Plaintiff received from Defendant dated December 30, 2016 is attached as Exhibit A to this Complaint.

13. The debt Defendant has sought to collect from Plaintiff is by statute improper and is not a legitimate debt of Plaintiff. Plaintiff is not liable per statute for payment for medical treatment or services which was provided by Broward Health North to Plaintiff for Plaintiff's compensable work-related injuries. See §440.13(3)(g), Fla. St.;

14. When Plaintiff presented to Broward Health North for emergency services and care she informed the facility during the admissions process that the injuries Plaintiff was seeking treatment for were caused by a work-related accident. Additionally Plaintiff explained how the accident happened to her treating physician. Records from the facility evidencing this knowledge are attached as Composite Exhibit B.

15. Plaintiff is under information and belief that the amount sought to be collected by Defendant from Plaintiff is excessive in violation of the workers' compensation statutory fee schedule.

16. Whether or not Defendant in fact had such knowledge prior to billing Plaintiff, the FDCPA is considered a strict liability statute wherein knowledge is used only to determine the degree of a defendant's culpability, for the purposes of computing damages.

17. The illegal abusive collection activity as more fully described above has been the direct and proximate cause of emotional distress sustained by Plaintiff and has caused Plaintiff unnecessary distress.

18. Plaintiff has suffered actual damages in the form of anger, anxiety, emotional distress, frustration, upset, amongst other negative emotions, due to and as a result of the illegal collection activity by Defendants as more fully described above.

## COUNT I
## VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT

19. Plaintiff re-alleges each of the allegations above as if set forth fully herein.

20. The acts and omissions of Defendant and its employees and agents as outlined herein constitute a violation of the FDCPA with respect to Plaintiff. These actions by Defendant's employees and agents were done in service to Defendant and these employees and agents were at all times supervised and under the apparent control of Defendant. As such, Defendant is vicariously liable under the Doctrine of Respondeat Superior for the actions of its employees and agents.

21. Defendant and its employees and agents violated the Fair Debt Collection Practices Act, 15 U.S.C. §1692f(1) by attempting to collect a debt from Plaintiff when that debt was not permitted by law, specifically §440.13, Fla. St. and Defendant knew or alternatively should have known that the debt was not permitted by law.

22. Defendant and its employees and agents violated the Fair Debt Collection Practices Act, 15 U.S.C. §1692e(2)(A) by falsely representing that Plaintiff owes the alleged debt when in fact Plaintiff does not and Defendant knew or alternatively should have known that Plaintiff did not owe the alleged debt.

23. As a result of the above violations of Fair Debt Collection Practices Act, Defendant is liable to Plaintiff for injunctive and declaratory relief and for actual damages, statutory damages, and attorney's fees and costs.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against Defendant for the following:

    A. Declaratory judgment that Defendant's conduct violated the FDCPA, and declaratory and injunctive relief for its violations;
    B. Actual damages from Defendant;
    C. Statutory damages of $1,000 from Defendant pursuant to 15 U.S.C §1692k(a)(2)(A);
    D. Costs and reasonable attorney's fees from Defendant pursuant to 15 U.S.C §1692k(a)(3);

E. For such other and further relief as may be just and proper.

Respectfully submitted this 13th day of September, 2017.

/s/ *Jason R. Kobal*
JASON R. KOBAL, ESQ.
KOBAL LAW, P.A.
12169 W. Linebaugh Ave.
Tampa, FL 33626
813-873-2440
koballaw@yahoo.com
Florida Bar No.: 0542253
Attorney for Plaintiff

18001 OLD CUTLER ROAD, SUITE 462
MIAMI FLORIDA 33157-6437
**CHANGE SERVICE REQUESTED**



**BCA**
Financial Services, Inc.
A Debt Collection Company

REISHA GOSLEY
8641 NW 15th Ct
Pembroke Pines FL 33024-4823

Please refer to the following reference number when calling our office: 49854829
Our office is open 8:00 AM to 5:00 PM Monday through Friday and some evenings until 8:00 PM, EST

Date: DEC 30 2016
Creditor: BROWARD HEALTH NORTH
Creditor Reference Number: 262093859
For: REISHA GOSLEY
Balance: $3556.02

Dear REISHA GOSLEY

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

We have attempted to communicate with you in the past about this seriously past due debt however, the account balance remains unpaid. We are not aware of any circumstances that would permit you to ignore payment of this debt.

Do not delay any further. This matter deserves your immediate attention. Send your payment in the enclosed envelope, or if you prefer, you may call us at the numbers listed below to arrange payment over the telephone.

To pay online via credit card or check visit www.browardhealth.org/paymybill. Please use the creditor reference number when making on-line payments.

BCA Financial Services, Inc • 18001 Old Cutler Road, Suite 462 • Miami Florida 33157
Calls made within Miami, Florida: 305-777-7100 • Calls made from outside Miami, Florida: 888-277-8360

***Detach Lower Portion and Return With Payment***

Date: DEC 30 2016
Creditor: BROWARD HEALTH NORTH
Creditor Reference Number: 262093859
For: REISHA GOSLEY
Balance: $3556.02

REISHA GOSLEY
8641 NW 15th Ct
Pembroke Pines FL 33024-4823

BCA FINANCIAL SERVICES, INC.
18001 OLD CUTLER ROAD, SUITE 462
MIAMI FL 33157-6437

To pay online via credit card or check visit www.browardhealth.org/paymybill. 725ONBCAF01003_306864287

REF #     6028614A001

Exhibit A

\* TRANSCRIBED \*

## CHECK HOSPITAL LOCATION

BROWARD HEALTH

- [ ] BROWARD HEALTH MEDICAL CENTER
  1625 SE 3rd ST.
  FT. LAUDERDALE, FL 33316
- [X] BROWARD HEALTH NORTH
  201 E. SAMPLE RD.
  DEERFIELD BEACH, FL 33064
  954-786-6400
- [ ] BROWARD HEALTH IMPERIAL POINT
  6401 N. FEDERAL HWY.
  FT. LAUDERDALE, FL 33308
  954-776-6500
- [ ] BROWARD HEALTH CORAL SPRINGS
  3000 CORAL HILLS DR.
  CORAL SPRINGS, FL 33065
  954-344-3000

**OUTPATIENT RECORD**

| MED REC. NO. | HCI | RE-ADMIT | P.S. | R.C. | PATIENT NO. | DATE OF SERVICE | TIME | REG BY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 07/26/16 | 21:15 | OLIE83 |

| ROOM - BED | P.T. | HOSP. SERV. | ADMITTING PHYSICIAN | DR. NO. | F.C. | INS. PLANS | DISCHARGE DATE | TIME |
|---|---|---|---|---|---|---|---|---|
| | E | EMD | WATERTON SELWYN | 273465 | P | 1 | | |

PATIENT NAME: (LAST) (SUFF.) (FIRST) (INIT)
**GOSLEY, REISHA**

BIRTH DATE: 11/30/1982   AGE: 33

GUARANTOR'S EMPLOYER: **PUBLIX**   OCCUPATION   ADDRESS (STREET)   (CITY)   (ST)   (ZIP)   PHONE

PATIENT/SPOUSE EMPLOYER: **PUBLIX**   OCCUPATION   ADDRESS (STREET)   (CITY)   (ST)   (ZIP)   PHONE

H.I.B. NO.   DIST CODE   N.B.H.D. RESIDENT   DEPOSIT PAID

GUARANTOR NAME: (LAST) (SUFF.) (FIRST) (INIT)
**GOSLEY, REISHA**

INSURANCE CO. NAME 1: **SELFPAY**   P99   OP#
INSURANCE ADDRESS 1:

| INSURANCE CO. NAME 2 | POLICY NUMBER | GROUP NUMBER | RELATIONSHIP | POLICYHOLDER'S NAME | TREATMENT AUTH NO. OP# |

INSURANCE ADDRESS 2:

| INSURANCE CO. NAME 3 | POLICY NUMBER | GROUP NUMBER | RELATIONSHIP | POLICYHOLDER'S NAME | TREATMENT AUTH NO. OP# |

INSURANCE ADDRESS 3:

REASON FOR SERVICE/DIAGNOSIS: **RIGHT KNEE PAIN**   EPIDEMIOLOGY IND:   WORKER'S COMP

REMARKS:   PT LANG: **ENGLISH**

HISTORY AND PHYSICAL - LOCAL ANESTHESIA ONLY (DICTATE OR WRITE H & P FOR GENERAL, REGIONAL, SPINAL ANESTHESIA)

ADDITIONAL VISIT COM:

HISTORY COMMENTS:

FINAL DIAGNOSIS   CODE
EMAIL ADDRESS:
OPERATIONS/PROCEDURES   CODE

INS 1 COPY:   INS 1 DEDUCTIBLE:
INS 2 COPY:   INS 2 DEDUCTIBLE:
INS 3 COPY:   INS 3 DEDUCTIBLE:

07/27/2016 07:43

**Composite Exhibit B**

Broward Health North

| ED Forms |
|---|

ED Triage NB Form Entered On: 7/26/2016 22:07
Performed On: 7/26/2016 21:37  by BICHI RN, FERNANDO

**ED Triage - NB**
*Mode of Arrival :*  EMS...
*Chief Complaint Primary :*  Fall
*Patient States (Complaint) :*   Pt states she slipped and fell at work onto her right knee.



BICHI RN, FERNANDO - 7/26/2016 21:37

DCP GENERIC CODE
*Reason For Visit :*  RIGHT KNEE PAIN .
*Triage Date and Time :*  7/26/2016 21:37

===============================================================================
*PATIENT NAME:*   **GOSLEY, REISHA**

*Printed:*   7/28/2017 11:54 EDT                                                    Page 5 of 52